# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon P Green<br>        Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-14302 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of POLONIA BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1930

                                    Respectfully submitted,

                                    **/s/Thomas Puleo, Esquire**
                                    Thomas Puleo, Esquire
                                    Brian C. Nicholas, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406