## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 13-14302-ELF

SHARON P GREEN

402 W. GRANGE AVENUE

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHARON P GREEN

402 W. GRANGE AVENUE

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

PAUL J WINTERHALTER
TEN PENN CENTER
1801 MARKET ST, SUITE 2300
PHILADELPHIA, PA 19103-

          /S/ William C. Miller

Date: 3/9/2017    _____

          William C. Miller, Esquire
          Chapter 13 Standing Trustee