# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| SHARON P. GREEN | Case No. 13-14302(ELF) |
| *Debtor* | |

## CERTIFICATE OF SERVICE FOR
## THE DEBTOR'S RESPONSE TO CHAPTER 13
## TRUSTEE'S MOTION TO DISMISS CASE AND REQUEST
## TO CONVERT CASE TO CHAPTER 7

I, Paul J. Winterhalter, Esquire, hereby certify that I did cause a true and correct copy of the Response of the Debtor in Opposition to the Chapter 13 Trustee's Motion to Dismiss Case and Request to Convert Case to Chapter 7 to be served via CM/ECF on this 3rd day of April, 2017 upon the following party in interest:

William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105
ecfmails@ph13trustee.com
philaecf@gmail.com

Respectfully submitted:

By: */s/P.J. Winterhalter*
PAUL J. WINTERHALTER
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
Email: pwinterhalter@offitkurman.com

*Counsel for the Debtor,*
*Sharon P. Green*

Dated: April 3, 2017