## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| SHARON P. GREEN, | : | Bankruptcy No. 13-14302(ELF) |
| *Debtor* | : | |

**PRAECIPE TO CONVERT BANKRUPTCY CASE
TO PROCEEDING UNDER CHAPTER 7**

TO THE CLERK:

Upon request of the Debtor, please convert the above referenced Chapter 13 Bankruptcy Case to a proceeding under Chapter 7 pursuant to 11 U.S.C. §1307(a).

Respectfully submitted:

**OFFIT KURMAN, P.A.**

By: */s/P.J. Winterhalter*
PAUL J. WINTERHALTER
Ten Penn Center
1801 Market Street, Suite 4110
Philadelphia, PA 19103
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
Email: pwinterhalter@offitkurman.com

*Counsel for the Debtor*
*Sharon P. Green*

Dated: April 18, 2017

4849-2144-6983, v. 1