IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: : | Chapter 13 |
| : | |
| SHARON P. GREEN, : | Bankruptcy No. 13-14302(ELF) |
| : | |
| *Debtor* : | |

**CERTIFICATE OF SERVICE FOR THE PRAECIPE
TO CONVERT BANKRUPTCY CASE
TO PROCEEDING UNDER CHAPTER 7**

I, Paul J. Winterhalter, Esquire, hereby certify that I did cause a true and correct copy of the Praecipe to Convert Bankruptcy Case to Proceeding Under Chapter 7 to be served via the CM/ECF system of the Court or via U.S. Mail, postage pre-paid on this 18th day of April, 2017 upon the following parties in interest:

Office of the Chapter 13 Standing Trustee
William C. Miller, Esquire
ecfmails@ph13trustee.com
philaecf@gmail.com

Joshua I. Goldman, Esquire
Andrew F. Gornall, Esquire
Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*Counsel for Polonia Bank*

Albert Einstein Healthcare Network
101 E. Olney Avenue, Suite 301
Philadelphia, PA 19120-2470

American Education Services
1200 N. 7th Street
Harrisburg, PA 17102

Ashro
3650 Milwaukee Street
Madison, WI 53714

Bluegreen Maintenance
PO Box 105192
Atlanta, GA 30348-5192

Bluegreen Resorts Management
BXG Rec Note Trust 2012-A
PO Box 417680
Boston, MA 02241-7680

Franklin L. Green
402 West Grange Street
Philadelphia, PA 19120

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Marc J. Medway, MD, PC
PO Box 602
Gwynedd Valley, PA 19437

*-continued on following page-*

Mariners Finance
5851 Rt. 42
Plaza 42, Suite 16
Turnersville, NJ 08012

Metrostyle
PO Box 182118
Colombus, OH 43218-2118

Monhela Loan Servicing
633 Spirit Drive
Chesterfield, MO 63005-1243

One Main Financial
11000 Roosevelt Boulevard
Philadelphia, PA 19116

PA Orthopaedics Associates
727 Welsh Road, Suite 103
Huntindon Valley, PA 19006

Police and Fire Federal
Credit Union
901 Arch Street
Philadelphia, PA 19107

Polonia Bank
3993 Huntingdon Pike
Huntingdon Valley, PA 19006

Small Business Administration
801 Tom Martin Drive, Suite 120
Biringham, AL 35211

Temple-Jeans Hospital
7600 Central Avenue
Philadelphia, PA 19111

Tri-State Financial, Inc.
P.O. Box 2520
Wilkes-Barre, PA 18703-0018

*-continued on following page-*

Tri-State Financial, Inc.
P.O. Box 2520
Wilkes-Barre, PA 18703-0018

Mrs. Sharon P. Green
402 West Grange Avenue
Philadelphia, PA 19120

Respectfully submitted:

**OFFIT KURMAN, P.A.**

By: */s/P.J. Winterhalter*
PAUL J. WINTERHALTER
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
Email: pwinterhalter@offitkurman.com

*Counsel for the Debtor*
*Sharon P. Green*

Dated: April 18, 2017