United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-14302-elf
Sharon P Green                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Cathleen           Page 1 of 2              Date Rcvd: Apr 21, 2017
                              Form ID: 309A            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
```
db              +Sharon P Green,    402 W. Grange Avenue,    Philadelphia, PA 19120-1854
13049025        +Ashro,    3650 Milwaukee Street,    Madison, WI 53714-2304
13084328        +Ashro Lifestyle,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374-0933
13078887        +Bluegreen Corporation,    Attn: MTG Dept- Bankrutpcy,     4960 Conference Way N. ste 100,
                  Boca Raton, FL 33431-4413
13049026         Bluegreen Maintenance,    PO Box 105192,    Atlanta, GA 30348-5192
13049027         Bluegreen Resorts Management,    BXG Rec Note Trust 2012-A,    PO Box 417680,
                  Boston, MA 02241-7680
13428865         ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13049028        +Franklin L. Green,    402 West Grange Street,    Philadelphia, PA 19120-1854
13049030        +Marc J. Medway, MD, PC,    PO Box 602,    Gwynedd Valley, PA 19437-0602
13049031        +Mariners Finance,    5851 Rt. 42,   Plaza 42, Suite 16,    Turnersville, NJ 08012-1460
13049033         Monhela Loan Servicing,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13049034        +One Main Financial,    11000 Roosevelt Boulevard,    Philadelphia, PA 19116-3967
13049045         P.O.,   Box 2520,    Wilkes-Barre, PA 18703-0018
13049035        +PA Orthopaedics Associates,    727 Welsh Road, Suite 103,    Huntindon Valley, PA 19006-6357
13055459        +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13081292        +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
13049036        +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13049041        +Polonia Bank,    3993 Huntingdon Pike,    Huntingdon Valley, PA 19006-1932
13117714        +Polonia Bank (BANCORP),    Executive Offices- Ste 200,    Collections/ Asset Management,
                  3993 Huntingdon Pike,    Huntingdon Valley, PA 19006-1930
13049043        +Temple-Jeans Hospital,    7600 Central Avenue,    Philadelphia, PA 19111-2499
13049044         Tri-State Financial, Inc.,    PO Box 2520,    Wilkes-Barre, Pa 18703-0018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: pwinterhalter@offitkurman.com Apr 21 2017 17:04:52     PAUL J. WINTERHALTER,
                  Offit Kurman, P.A.,    Ten Penn Center,    1801 Market Street, Suite 2300,
                  Philadelphia, PA  19103
tr              +EDI: QLEFELDMAN.COM Apr 21 2017 16:58:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                  221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg              E-mail/Text: bankruptcy@phila.gov Apr 21 2017 17:05:35      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 17:05:01
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 21 2017 17:05:33      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 21 2017 17:05:23     United States Trustee,
                  Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13164799         E-mail/Text: bncmail@w-legal.com Apr 21 2017 17:05:27     ALTAIR OH XIII, LLC,
                  C O WEINSTEIN AND RILEY, PS,    PO BOX 3978,    SEATTLE, WA 98124-3978
13049023         E-mail/Text: tropiann@einstein.edu Apr 21 2017 17:05:00     Albert Einstein Healthcare Network,
                  101 E. Olney Avenue, Suite 301,    Philadelphia, PA 19120-2470
13049024        +E-mail/Text: girddb@aessuccess.org Apr 21 2017 17:04:59     American Education Services,
                  1200 N. 7th Street,    Harrisburg, PA 17102-1419
13049029        +EDI: IRS.COM Apr 21 2017 16:58:00      Internal Revenue Service,    600 Arch Street,
                  Philadelphia, PA 19106-1695
13049032         EDI: WFNNB.COM Apr 21 2017 16:58:00      Metrostyle,    PO Box 182118,    Colombus, OH 43218-2118
13077967         EDI: Q3G.COM Apr 21 2017 16:58:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
13049042        +E-mail/Text: birminghamtops@sba.gov Apr 21 2017 17:05:32     Small Business Administration,
                  801 Tom Martin Drive, Suite 120,    Biringham, AL 35211-6424
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13049047*        P.O.,   Box 2520,    Wilkes-Barre, PA 18703-0018
13049037*       +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13049038*       +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13049039*       +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13049040*       +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13117751*       +Polonia Bank (BANCORP),    Executive Offices-Ste. 200,    Collections / Asset Management,
                  3993 Huntingdon Pike,    Huntingdon Valley, PA 19006-1930
13049046*        Tri-State Financial, Inc.,    PO Box 2520,    Wilkes-Barre, Pa 18703-0018
                                                                                      TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Cathleen             Page 2 of 2              Date Rcvd: Apr 21, 2017
                              Form ID: 309A              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:

```
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    POLONIA BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
          PAUL J. WINTERHALTER    on behalf of Debtor Sharon P Green pwinterhalter@offitkurman.com,
           rbarnhart@offitkurman.com
          THOMAS I. PULEO    on behalf of Creditor    POLONIA BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                      TOTAL: 6
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Sharon P Green** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1397** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**  **5/13/13** |
| Case number: | **13–14302–elf** | Date case converted to chapter **7**  **4/19/17** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Sharon P Green | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 402 W. Grange Avenue <br> Philadelphia, PA 19120 | | |
| 4. | **Debtor's attorney** <br> Name and address | PAUL J. WINTERHALTER <br> Offit Kurman, P.A. <br> Ten Penn Center <br> 1801 Market Street, Suite 2300 <br> Philadelphia, PA 19103 | | Contact phone 267–338–1370 <br> Email: pwinterhalter@offitkurman.com |
| 5. | **Bankruptcy trustee** <br> Name and address | LYNN E. FELDMAN <br> Feldman Law Offices PC <br> 221 N. Cedar Crest Blvd. <br> Allentown, PA 18104 | | Contact phone (610) 530–9285 <br> Email: trustee.feldman@rcn.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours:  <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u> <br><br> Contact phone (215)408–2800 <br><br> Date: 4/21/17 |
| **7.** **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 17, 2017 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/16/17** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                        page **2**