**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | Chapter 7 |
| SHARON P. GREEN, | Case No. 13-14302(ELF) |
| *Debtor* |  |

# NOTICE OF RESCHEDULING
# OF FIRST MEETING OF CREDITORS

TO:   Debtor, All Creditors and Parties in Interest

Be advised that the Meeting of Creditors previously scheduled for Wednesday, May 17, 2017 beginning at 1:00 p.m. has been RESCHEDULED.

The Meeting of Creditors has been rescheduled and shall be conducted on Wednesday, June 14, 2017 beginning at 3 p.m.  All other information and deadlines contained in the original Notice of Meeting of Creditors remain applicable.  The Meeting of Creditors shall be conducted before a Representative of the Office of the United States Trustee as the following address:

Office of the United States Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA 19107

*-continued on following page-*

Respectfully submitted:

**OFFIT KURMAN, P.A.**

By: *P.J. Winterhalter*
PAUL J. WINTERHALTER
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
Email: pwinterhalter@offitkurman.com

*Counsel for the Debtor,*
*Sharon P. Green*

Dated: May 12, 2017

4844-4705-6967, v. 1