United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon P Green  
    Debtor

Case No. 13-14302-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Aug 03, 2017  
                         Form ID: 211     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.  
db         +Sharon P Green,    402 W. Grange Avenue,    Philadelphia, PA 19120-1854  
cr          ECMC,    PO Box 16408,    St. Paul, MN   55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    POLONIA BANK bkgroup@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       LYNN E. FELDMAN     trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com  
       PAUL J. WINTERHALTER    on behalf of Debtor Sharon P Green pwinterhalter@offitkurman.com,  
        rbarnhart@offitkurman.com  
       THOMAS I. PULEO    on behalf of Creditor    POLONIA BANK tpuleo@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
        philaecf@gmail.com  
                                                                                                                                  TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                            Chapter: 7

      Sharon P Green

Debtor(s)                                                 Case No: 13−14302−elf

___

*ORDER*

AND NOW, 8/3/17 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 8/17/17 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                                For The Court

                                                                Eric L. Frank

                                                                Chief Judge ,United States Bankruptcy Court