Certificate Number: 00437-PAE-DE-029701374

Bankruptcy Case Number: 13-14302



00437-PAE-DE-029701374

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 8, 2017</u>, at <u>1:48</u> o'clock <u>PM MDT</u>, <u>Sharon Green</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 8, 2017</u>          By:    <u>/s/Kimberly Jackson</u>

                                      Name:  <u>Kimberly Jackson</u>

                                      Title: <u>Accredited Financial Counselor</u>