United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 13-14302-elf
Sharon P Green                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie          Page 1 of 2           Date Rcvd: Sep 22, 2017
                              Form ID: 318         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
```
db              +Sharon P Green,    402 W. Grange Avenue,    Philadelphia, PA 19120-1854
13049025        +Ashro,   3650 Milwaukee Street,    Madison, WI 53714-2304
13084328        +Ashro Lifestyle,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13078887        +Bluegreen Corporation,    Attn: MTG Dept- Bankrutpcy,    4960 Conference Way N. ste 100,
                  Boca Raton, FL 33431-4413
13049026         Bluegreen Maintenance,    PO Box 105192,    Atlanta, GA 30348-5192
13049027         Bluegreen Resorts Management,    BXG Rec Note Trust 2012-A,    PO Box 417680,
                  Boston, MA 02241-7680
13049028        +Franklin L. Green,    402 West Grange Street,    Philadelphia, PA 19120-1854
13049030        +Marc J. Medway, MD, PC,    PO Box 602,    Gwynedd Valley, PA 19437-0602
13049031        +Mariners Finance,    5851 Rt. 42,    Plaza 42, Suite 16,    Turnersville, NJ 08012-1460
13049033         Monhela Loan Servicing,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13049034        +One Main Financial,    11000 Roosevelt Boulevard,    Philadelphia, PA 19116-3967
13049045         P.O.,    Box 2520,    Wilkes-Barre, PA 18703-0018
13049035        +PA Orthopaedics Associates,    727 Welsh Road, Suite 103,    Huntindon Valley, PA 19006-6357
13055459        +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13081292        +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
13049036        +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13049041        +Polonia Bank,    3993 Huntingdon Pike,    Huntingdon Valley, PA 19006-1932
13117714        +Polonia Bank (BANCORP),    Executive Offices- Ste 200,    Collections/ Asset Management,
                  3993 Huntingdon Pike,    Huntingdon Valley, PA 19006-1930
13049043        +Temple-Jeans Hospital,    7600 Central Avenue,    Philadelphia, PA 19111-2499
13049044         Tri-State Financial, Inc.,    PO Box 2520,    Wilkes-Barre, Pa 18703-0018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QLEFELDMAN.COM Sep 23 2017 00:58:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                  221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg              E-mail/Text: bankruptcy@phila.gov Sep 23 2017 01:07:38      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2017 01:06:56
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2017 01:07:28      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13164799         E-mail/Text: bncmail@w-legal.com Sep 23 2017 01:07:20      ALTAIR OH XIII, LLC,
                  C O WEINSTEIN AND RILEY, PS,    PO BOX 3978,    SEATTLE, WA 98124-3978
13049023         E-mail/Text: tropiann@einstein.edu Sep 23 2017 01:06:45      Albert Einstein Healthcare Network,
                  101 E. Olney Avenue, Suite 301,    Philadelphia, PA 19120-2470
13049024        +E-mail/Text: girddb@aessuccess.org Sep 23 2017 01:06:42      American Education Services,
                  1200 N. 7th Street,    Harrisburg, PA 17102-1419
13428865         EDI: ECMC.COM Sep 23 2017 00:58:00      ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13049029        +EDI: IRS.COM Sep 23 2017 00:58:00      Internal Revenue Service,    600 Arch Street,
                  Philadelphia, PA 19106-1695
13049032         EDI: WFNNB.COM Sep 23 2017 00:58:00      Metrostyle,    PO Box 182118,    Colombus, OH 43218-2118
13077967         EDI: Q3G.COM Sep 23 2017 00:58:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
13049042        +E-mail/Text: birminghamtops@sba.gov Sep 23 2017 01:07:27      Small Business Administration,
                  801 Tom Martin Drive, Suite 120,    Biringham, AL 35211-6424
                                                                                               TOTAL: 12
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13049047*        P.O.,    Box 2520,    Wilkes-Barre, PA 18703-0018
13049037*       +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13049038*       +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13049039*       +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13049040*       +Police and Fire Federal,    Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2404
13117751*       +Polonia Bank (BANCORP),    Executive Offices-Ste. 200,    Collections / Asset Management,
                  3993 Huntingdon Pike,    Huntingdon Valley, PA 19006-1930
13049046*        Tri-State Financial, Inc.,    PO Box 2520,    Wilkes-Barre, Pa 18703-0018
                                                                                TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Marie              Page 2 of 2              Date Rcvd: Sep 22, 2017
                              Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    POLONIA BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
          PAUL J. WINTERHALTER    on behalf of Debtor Sharon P Green pwinterhalter@offitkurman.com,
           rbarnhart@offitkurman.com
          THOMAS I. PULEO    on behalf of Creditor    POLONIA BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 6
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Sharon P Green** | Social Security number or ITIN **xxx–xx–1397** |
| First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 _____ | Social Security number or ITIN _ _ _ _ |
| (Spouse, if filing) First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | |
| Case number: **13–14302–elf** | |

# Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharon P Green

9/22/17                                                                        **By the court:**   Eric L. Frank
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**